IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| DEMOND GREENWOOD, #179188, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:07-CV-407-WKW |
| | ) | |
| GWENDOLYN C. MOSLEY, | ) | |
| | ) | |
| Respondent. | ) | |

## **ORDER**

On December 9, 2008, the Magistrate Judge filed a Recommendation (Doc. # 13) in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is ORDERED that the Recommendation (Doc. # 13) of the Magistrate Judge is adopted and Mr. Demond Greenwood's petition for habeas corpus relief filed pursuant to 28 U.S.C. § 2254 is DISMISSED with prejudice as untimely filed.

An appropriate judgment will be entered.

DONE this 30th day of December, 2008.

                                              /s/   W.  Keith Watkins
                                       UNITED STATES DISTRICT JUDGE